**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02480-REB-CBS

NADEJDA I. QUELL,

     Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and
THE PUBLIC TRUSTEE IN AND FOR THE CITY AND COUNTY OF DENVER,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter is before me on the **Plaintiff's Unopposed Notice of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)** [#18][1] filed April 1, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Plaintiff's Unopposed Notice of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)** [#18] filed April 1, 2011, is **APPROVED**;

     2.  That any pending motion, including the motion to dismiss [#14] filed February 16, 2011, is **DENIED** as moot; and

     3.  That this action is **DISMISSED**.

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Dated April 1, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge